ACCEPTED
06-15-00124-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/8/2016 4:19:08 PM
DEBBIE AUTREY
CLERK

No. 06-15-00124-CR

| | | |
|---|---|---|
| LARRY JOE JONES | § | IN THE COURT OF APPEALS |
| V. | § | SIXTH APPELLATE DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT TEXARKANA |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/8/2016 4:19:08 PM
DEBBIE AUTREY
Clerk

_____

## STATE'S MOTION TO STRIKE APPELLANT'S BRIEF
_____

TO THE HONORABLE COURT OF APPEALS:

Now comes the State of Texas, by and through its Assistant District Attorney, and files this Motion to Strike Appellant's Brief **that was filed by counsel on December 4, 2015**. In support thereof, the State would show the following:

I.

On December 4, 2015, counsel for Appellant filed a brief.

On December 10, 2015, Appellant Larry Jones filed his pro se motion with the Court requesting that counsel be dismissed and to allow him to proceed on his appeal, pro se. *See* the Court's Order in *Jones v. State*, No. 06-15-00124-CR, at 2 (February 3, 2016).

On December 17, 2015, the Court abated the appeal and instructed the trial court to hold a hearing on Jones' motion. *Id.* After the hearing was held by the trial court and the case returned, this Court "grant[ed] Jones' request to represent

himself in this appeal. We overrule, as moot, Jones' request to dismiss counsel."
*Id.* at 4.

On May 17, 2016, Appellant filed his pro se brief. **1**

Appellant does not have a right to hybrid representation. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004)(Court of Criminal Appeals would not address pro se points of error because appellant had no right to hybrid representation). Because Appellant is not entitled to hybrid representation, he should not be allowed to rely on any brief filed by counsel – who no longer represents Appellant at Appellant's request. Consequently, the brief filed by former counsel David Crawford on December 4, 2015 should be struck and not be addressed by this Court.

<u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Motion to Strike Appellant's Brief filed by counsel on December 4, 2015 be granted.

<u>/s/ Douglas Howell, III</u>
Douglas Howell, III
Assistant District Attorney
300 E. 26th St., Suite 310
Bryan, Texas 77803
979-361-4320
State Bar No. 10098100
dhowell@brazoscountytx.gov

---

1    The State's motion for extension of time to file its brief was granted until July 18, 2016.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing State's Motion To Strike Appellant's Brief was mailed to Larry Jones, TDCJ#02005311, Jester III Unit, 3 Jester Road; Richmond, TX 77406 this 8th day of July, 2016.

/s/ Douglas Howell, III